**Robert A. LETTMAN, Petitioner,**

v.

**Janet RENO, Attorney General, Immigration and Naturalization Service, Respondents.**

**Robert A. Lettman, Petitioner,**

v.

**Janet Reno, U.S. Attorney General, Immigration and Naturalization Service, Respondents.**

Nos. 97–5283, 98–5767.

United States Court of Appeals, Eleventh Circuit.

Aug. 25, 1999.

Joan Friedland, Florida Immigrant Advocacy Center, Miami, FL, David M. McConnell, U.S. Dept. of Justice/Immigration/Civil Div., Washington, DC, for Petitioner.

David V. Bernal, Office of Immigration Litigation Station, Janet Reno, U.S. Atty. Gen., Dept. of Justice, pro se, Allen W. Hausman, Dept. of Justice/OIL, Washington, DC, Daniel Vara, Chief Legal Office,INS-Miami Dist., Miami, FL, for Respondents.

Before TJOFLAT and EDMONDSON, Circuit Judges, and KRAVITCH, Senior Circuit Judge.

ORDER:

The petition for rehearing of Respondent Immigration and Naturalization Service is GRANTED. The case will be reargued.

The court's opinion and decision of 26 February 1999 is VACATED, except Part A of the opinion shall remain in effect on jurisdiction.

Petitioner Lettman's motion to consolidate this case with case number 98–5767 is GRANTED.

The Immigration and Naturalization Service is directed **not** to deport Petitioner until further order of this Court.